UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. <u>03-20483-CR-GOLD(s)(s)</u>
21 U.S.C. § 963
21 U.S.C. § 846
21 U.S.C. § 952(a)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

PATRICK ROSE,
PAUL PATTERSON,
a/k/a "Greek,"
ERROL MCKENZIE,
a/k/a "Shaba,"
ANDRE DOUGAN,
a/k/a "Black,"
a/k/a "Mobuto,"
a/k/a "James Bell,"
ORAINE F. SELVIN,
a/k/a "Nuke,"
a/k/a "Chris,"
a/k/a "Christoph McPherson,"
CLINTON ELLIS,
MITCHELL WALLACE,
MICHAEL CRONEY,
LAMONICA PEGRAM,
GWENDOLYN RICO,
MARIBEL RAMOS,
JOSIE WEBSTER,
KAREN BURROUGHS,
a/k/a "Michelle Burroughs,"
JENNIE RUFFIN,
a/k/a "Stink,"
ELEASE HIGHSMITH,
JACQUELINE FLORES,
DEANA HONEYCUTT,
CLEMISHA HONEYCUTT,
BARBARA WALKER, and
TINISHA WALKER,

   Defendants.

_____/

**SECOND SUPERSEDING INDICTMENT**

The Grand Jury charges that:

## COUNT 1

From on or about September 20, 2000, and continuing until on or about April 23, 2003, in

Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**PATRICK ROSE,**
**PAUL PATTERSON,**
**a/k/a "Greek,"**
**ERROL MCKENZIE,**
**a/k/a "Shaba,"**
**ANDRE DOUGAN,**
**a/k/a "Black,"**
**a/k/a "Mobuto,"**
**a/k/a "James Bell,"**
**ORAINE F. SELVIN,**
**a/k/a "Nuke,"**
**a/k/a "Chris,"**
**a/k/a "Christoph McPherson,"**
**CLINTON ELLIS,**
**MITCHELL WALLACE,**
**MICHAEL CRONEY,**
**LAMONICA PEGRAM,**
**GWENDOLYN RICO,**
**MARIBEL RAMOS,**
**JOSIE WEBSTER,**
**KAREN BURROUGHS,**
**a/k/a "Michelle Burroughs,"**
**JENNIE RUFFIN,**
**a/k/a "Stink,"**
**ELEASE HIGHSMITH,**
**JACQUELINE FLORES,**
**DEANA HONEYCUTT,**
**CLEMISHA HONEYCUTT,**
**BARBARA WALKER, and**
**TINISHA WALKER,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with

other individuals, both known and unknown to the Grand Jury, to import into the United States, from

a place outside thereof, a Schedule II controlled substance, that is, five (5) kilograms or more of a

mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United

States Code, Section 952(a); all in violation of Title 21, United States Code, Sections 963 and

960(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 2

From on or about September 20, 2000, and continuing until on or about April 23, 2003, in

Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**PATRICK ROSE,**
**PAUL PATTERSON,**
**a/k/a "Greek,"**
**ERROL MCKENZIE,**
**a/k/a "Shaba,"**
**ANDRE DOUGAN,**
**a/k/a "Black,"**
**a/k/a "Mobuto,"**
**a/k/a "James Bell,"**
**ORAINE F. SELVIN,**
**a/k/a "Nuke,"**
**a/k/a "Chris,"**
**a/k/a "Christoph McPherson,"**
**CLINTON ELLIS,**
**MITCHELL WALLACE,**
**MICHAEL CRONEY,**
**LAMONICA PEGRAM,**
**GWENDOLYN RICO,**
**MARIBEL RAMOS,**
**JOSIE WEBSTER,**
**KAREN BURROUGHS,**
**a/k/a "Michelle Burroughs,"**
**JENNIE RUFFIN,**
**a/k/a "Stink,"**
**ELEASE HIGHSMITH,**
**JACQUELINE FLORES,**
**DEANA HONEYCUTT,**
**CLEMISHA HONEYCUTT,**
**BARBARA WALKER, and**

3

`TINISHA WALKER,

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with

other individuals, both known and unknown to the Grand Jury, to possess with intent to distribute

a Schedule II controlled substance, that is, five (5) kilograms or more of a mixture and substance

containing a detectable amount of cocaine; in violation of Title 21, United States Code, Section

841(a)(1); all in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii), and

Title 18, United States Code, Section 2.

## COUNT 3

On or about September 20, 2000, in Broward County, in the Southern District of Florida, and

elsewhere, the defendants,

### ELEASE HIGHSMITH and
### JOSIE WEBSTER,

did knowingly and intentionally import into the United States, from a place outside thereof, a

Schedule II controlled substance, that is, five (5) kilograms or more of a mixture and substance

containing a detectable amount of cocaine; in violation of Title 21, United States Code, Sections

952(a) and 960(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 4

On or about September 20, 2000, in Broward County, in the Southern District of Florida, and

elsewhere, the defendants,

### ELEASE HIGHSMITH and
### JOSIE WEBSTER,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance,

that is, five (5) kilograms or more of a mixture and substance containing a detectable amount of

cocaine; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii), and Title 18, United States Code, Section 2.

## COUNT 5

On or about November 1, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**BARBARA WALKER and
TINISHA WALKER,**

did knowingly and intentionally attempt to import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Sections 952(a), all in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 6

From on or about July 15, 2002, and continuing until on or about July 21, 2002, in Monroe County, in the Southern District of Florida, and elsewhere, the defendants,

**PATRICK ROSE,
PAUL PATTERSON,
a/k/a "Greek,"
ERROL MCKENZIE,
a/k/a "Shaba,"
ANDRE DOUGAN,
a/k/a "Black,"
a/k/a "Mobuto,"
a/k/a "James Bell,"
CLINTON ELLIS,
MITCHELL WALLACE, and
JACQUELINE FLORES,**

5

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Sections 952(a) and 960(b)(1)(B), and Title 18, United States Code, Section 2.

### COUNT 7

From on or about July 15, 2002, and continuing until on or about July 21, 2002, in Monroe County, in the Southern District of Florida, and elsewhere, the defendants,

**PATRICK ROSE,**
**PAUL PATTERSON,**
**a/k/a "Greek,"**
**ERROL MCKENZIE,**
**a/k/a "Shaba,"**
**ANDRE DOUGAN,**
**a/k/a "Black,"**
**a/k/a "Mobuto,"**
**a/k/a "James Bell,"**
**CLINTON ELLIS,**
**MITCHELL WALLACE, and**
**JACQUELINE FLORES,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii), and Title 18, United States Code, Section 2.

### COUNT 8

On or about July 23, 2002, in Monroe County, in the Southern District of Florida, and elsewhere, the defendants,

**DEANA HONEYCUTT and**
**CLEMISHA HONEYCUTT,**

6

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Sections 952(a) and 960(b)(1)(B), and Title 18, United States Code, Section 2.

### COUNT 9

On or about July 23, 2002, in Monroe County, in the Southern District of Florida, and elsewhere, the defendants,

**DEANA HONEYCUTT and
CLEMISHA HONEYCUTT,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii), and Title 18, United States Code, Section 2.

### COUNT 10

From on or about August 13, 2002, and continuing until on or about August 21, 2002, in Monroe County, in the Southern District of Florida, and elsewhere, the defendants,

**ERROL MCKENZIE,
a/k/a "Shaba,"
MITCHELL WALLACE,
MARIBEL RAMOS,
GWENDOLYN RICO,
DEANA HONEYCUTT, and
CLEMISHA HONEYCUTT,**

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, five (5) kilograms or more of a mixture and substance

7

containing a detectable amount of cocaine; in violation of Title 21, United States Code, Sections 952(a) and 960(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 11

From on or about August 13, 2002, and continuing until on or about August 21, 2002, in Monroe County, in the Southern District of Florida, and elsewhere, the defendants,

**ERROL MCKENZIE,**
**a/k/a "Shaba,"**
**MITCHELL WALLACE,**
**MARIBEL RAMOS,**
**GWENDOLYN RICO,**
**DEANA HONEYCUTT, and**
**CLEMISHA HONEYCUTT,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii), and Title 18, United States Code, Section 2.

## COUNT 12

On or about September 7, 2002, in Monroe County, in the Southern District of Florida, and elsewhere, the defendant,

**JENNIE RUFFIN,**
**a/k/a "Stink,"**

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Sections 952(a) and 960(b)(1)(B), and Title 18, United States Code, Section 2.

8

## COUNT 13

On or about September 7, 2002, in Monroe County, in the Southern District of Florida, and elsewhere, the defendant,

**JENNIE RUFFIN,**
**a/k/a "Stink,"**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii), and Title 18, United States Code, Section 2.

## COUNT 14

On or about November 11, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**PATRICK ROSE,**
**PAUL PATTERSON,**
**a/k/a "Greek,"**
**ERROL MCKENZIE,**
**a/k/a "Shaba," and**
**ANDRE DOUGAN,**
**a/k/a "Black,"**
**a/k/a "Mobuto,"**
**a/k/a "James Bell,"**

did knowingly and intentionally aid and abet the importation into the United States, from a place outside thereof, of a Schedule II controlled substance, that is, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Sections 952(a) and 960(b)(1)(B), and Title 18, United States Code, Section 2.

9

## COUNT 15

On or about November 11, 2002, in Miami-Dade County, in the Southern District of Florida,

and elsewhere, the defendants,

**PATRICK ROSE,**
**PAUL PATTERSON,**
**a/k/a "Greek,"**
**ERROL MCKENZIE,**
**a/k/a "Shaba," and**
**ANDRE DOUGAN,**
**a/k/a "Black,"**
**a/k/a "Mobuto,"**
**a/k/a "James Bell,"**

did knowingly and intentionally aid and abet the possession with intent to distribute of a Schedule

II controlled substance, that is, five (5) kilograms or more of a mixture and substance containing a

detectable amount of cocaine; in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(A)(ii), and Title 18, United States Code, Section 2.

## COUNT 16

From on or about February 2, 2003, and continuing until on or about February 11, 2003, in

Monroe County, in the Southern District of Florida, and elsewhere, the defendants,

**PATRICK ROSE**
**PAUL PATTERSON,**
**a/k/a "Greek,"**
**ANDRE DOUGAN,**
**a/k/a "Black,"**
**a/k/a "Mobuto,"**
**a/k/a "James Bell,"**
**ORAINE F. SELVIN,**
**a/k/a "Nuke,"**
**a/k/a "Chris,"**
**a/k/a "Christoph McPherson," and**
**KAREN BURROUGHS,**
**a/k/a "Michelle Burroughs,"**

10

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Sections 952(a) and 960(b)(1)(B), and Title 18, United States Code, Section 2.

### COUNT 17

From on or about February 2, 2003, and continuing until on or about February 11, 2003, in Monroe County, in the Southern District of Florida, and elsewhere, the defendants,

**PATRICK ROSE**
**PAUL PATTERSON,**
**a/k/a "Greek,"**
**ANDRE DOUGAN,**
**a/k/a "Black,"**
**a/k/a "Mobuto,"**
**a/k/a "James Bell,"**
**ORAINE F. SELVIN,**
**a/k/a "Nuke,"**
**a/k/a "Chris,"**
**a/k/a "Christoph McPherson," and**
**KAREN BURROUGHS,**
**a/k/a "Michelle Burroughs,"**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii), and Title 18, United States Code, Section 2.

11

## CRIMINAL FORFEITURE

1. The allegations of Counts One through Seventeen of this Second Superseding Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of certain property in which the defendants have an interest, pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of any of the violations alleged in Counts One through Seventeen, the defendants shall forfeit to the United States any property constituting or derived from any proceeds which the defendants obtained, directly or indirectly, as the result of such violations, and any property which the defendants used or intended to be used in any manner or part to commit or to facilitate the commission of such violations, including, but not limited to, the sum of eight thousand one hundred and seventy-five dollars ($8,175) in United States currency seized on or about June 10, 2003.

3. If the property described above as being subject to forfeiture, as a result of any act or omission of the defendants,

    (A)    cannot be located upon the exercise of due diligence;

    (B)    has been transferred or sold to, or deposited with a third party;

    (C)    has been placed beyond the jurisdiction of the Court;

    (D)    has been substantially diminished in value; or

    (E)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property

12

and, in addition, to require the defendants to return any such property to the jurisdiction of the court

for seizure and forfeiture.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

DAVID A. GARDEY
ASSISTANT UNITED STATES ATTORNEY

13

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.** ___03-20483-CR-GOLD(s)(s)___ |
| **vs.** | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| **PATRICK ROSE et al.,** | |
| _____Defendants._____/ | **Superseding Case Information**: |

**Court Division:** (Select One)

New Defendant(s)     Yes _X_     No ____
Number of New Defendants     _5_
Total number of counts     _17_

_X_ Miami   ____ Key West
____ FTL   ____ WPB ____ FTP

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:   (Yes or No)     ___No___
     List language and/or dialect   _____

4.   This case will take   _15_   days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
     (Check only one)                                    (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | _____ | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | __X__ | Misdem. | _____ |
| IV | 21 to 60 days | | Felony | _____ |
| V | 61 days and over | _____ | | |

6.   Has this case been previously filed in this District Court?  (Yes or No)   _Yes_
If yes:
Judge: _Gold_____   Case No. _03-20483-CR-GOLD(s)___
(Attach copy of dispositive order)

Has a complaint been filed in this matter?   (Yes or No)  __Yes_____
If yes:
Magistrate Case No.   _03-02781-WCT (Dougan)_____
Related Miscellaneous numbers:  _____
Defendant(s) in federal custody as of _June 10, 2003 (North Carolina–Dougan)_____
Defendant(s) in state custody as of   _____
Rule 20 from the _____   District of _____

Is this a potential death penalty case? (Yes or No) _____No_____

7.   Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? _X_ Yes ___ No

8.   Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No
If yes, was it pending in the Central Region? ___ Yes ___ No

9.   Did this case originate in the Narcotics Section, Miami? _X_ Yes ___ No

DAVID A. GARVEY
ASSISTANT UNITED STATES ATTORNEY
Court Assigned No. A5500546

\*Penalty Sheet(s) attached

REV.7/15/03

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:   PATRICK ROSE                    No.:    03-20483-CR-GOLD(s)(s)

Count #: 1     Conspiracy to import cocaine,

              in violation of 21 U.S.C. § 963


*Max. Penalty:   Life Imprisonment

Count #: 2

              Conspiracy to possess with intent to distribute cocaine,

              in violation of 21 U.S.C. § 846

*Max Penalty: Life Imprisonment

Counts #: 6, 14, and 16

              Importation of cocaine,

              in violation of 21 U.S.C. § 952(a)

*Max. Penalty: Life Imprisonment

Counts #: 7, 15, and 17

              Possession of cocaine with intent to distribute,

              in violation of 21 U.S.C. § 841(a)(1)

*Max. Penalty: Life Imprisonment

Count #:


*Max. Penalty:

Count #:


*Max. Penalty:

Count #:


*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:  PAUL PATTERSON                    No.:    03-20483-CR-GOLD(s)(s)

Count #: 1 ___ Conspiracy to import cocaine,

_____ in violation of 21 U.S.C. § 963


*Max. Penalty:   Life Imprisonment

Count #: 2

_____ Conspiracy to possess with intent to distribute cocaine,

_____ in violation of 21 U.S.C. § 846

*Max Penalty: Life Imprisonment

Counts #: 6, 14, and 16

_____ Importation of cocaine,

_____ in violation of 21 U.S.C. § 952(a)

*Max. Penalty: Life Imprisonment

Counts #: 7, 15, and 17

_____ Possession of cocaine with intent to distribute,

_____ in violation of 21 U.S.C. § 841(a)(1)

*Max. Penalty: Life Imprisonment

Count #:


*Max. Penalty:

Count #:


*Max. Penalty:

Count #:


*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:   ERROL MCKENZIE          No.:   03-20483-CR-GOLD(s)(s)

Count #: 1    Conspiracy to import cocaine,

in violation of 21 U.S.C. § 963

*Max. Penalty:  Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute cocaine,

in violation of 21 U.S.C. § 846

*Max Penalty: Life Imprisonment

Counts #: 6, 10, and 14

Importation of cocaine,

in violation of 21 U.S.C. § 952(a)

*Max. Penalty: Life Imprisonment

Counts #: 7, 11, and 15

Possession of cocaine with intent to distribute,

in violation of 21 U.S.C. § 841(a)(1)

*Max. Penalty: Life Imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:  ANDRE DOUGAN                 No.:   03-20483-CR-GOLD(s)(s)

Count #: 1    Conspiracy to import cocaine,

                    in violation of 21 U.S.C. § 963


*Max. Penalty:  Life Imprisonment

Count #: 2
                    Conspiracy to possess with intent to distribute cocaine,

                    in violation of 21 U.S.C. § 846

*Max Penalty: Life Imprisonment

Counts #: 6, 14, and 16
                    Importation of cocaine,

                    in violation of 21 U.S.C. § 952(a)

*Max. Penalty: Life Imprisonment

Counts #: 7, 15, and 17
                    Possession of cocaine with intent to distribute,

                    in violation of 21 U.S.C. § 841(a)(1)

*Max. Penalty: Life Imprisonment

Count #:


*Max. Penalty:

Count #:


*Max. Penalty:

Count #:


*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:   ORAINE F. SELVIN                    No.:   03-20483-CR-GOLD(s)(s)

Count #: 1     Conspiracy to import cocaine,

_____        in violation of 21 U.S.C. § 963


*Max. Penalty:   Life Imprisonment

Count #: 2

        Conspiracy to possess with intent to distribute cocaine,

        in violation of 21 U.S.C. § 846

*Max Penalty: Life Imprisonment

Counts #: 16

        Importation of cocaine,

        in violation of 21 U.S.C. § 952(a)

*Max. Penalty: Life Imprisonment

Counts #: 17

        Possession of cocaine with intent to distribute,

        in violation of 21 U.S.C. § 841(a)(1)

*Max. Penalty: Life Imprisonment

Count #:



*Max. Penalty:

Count #:



*Max. Penalty:

Count #:



*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:   CLINTON ELLIS                    No.:   03-20483-CR-GOLD(s)(s)

Count #: 1     Conspiracy to import cocaine,

               in violation of 21 U.S.C. § 963

*Max. Penalty:   Life Imprisonment

Count #: 2

               Conspiracy to possess with intent to distribute cocaine,

               in violation of 21 U.S.C. § 846

*Max Penalty: Life Imprisonment

Count #: 6

               Importation of cocaine,

               in violation of 21 U.S.C. § 952(a)

*Max. Penalty: Life Imprisonment

Count #: 7

               Possession of cocaine with intent to distribute,

               in violation of 21 U.S.C. § 841(a)(1)

*Max. Penalty: Life Imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:  MITCHELL WALLACE          No.:    03-20483-CR-GOLD(s)(s)

Count #: 1     Conspiracy to import cocaine,

             in violation of 21 U.S.C. § 963


*Max. Penalty:   Life Imprisonment

Count #: 2

         Conspiracy to possess with intent to distribute cocaine,

     in violation of 21 U.S.C. § 846

*Max Penalty: Life Imprisonment

Counts #: 6 and 10

        Importation of cocaine,

     in violation of 21 U.S.C. § 952(a)

*Max. Penalty: Life Imprisonment

Counts #: 7 and 11

        Possession of cocaine with intent to distribute,

     in violation of 21 U.S.C. § 841(a)(1)

*Max. Penalty: Life Imprisonment

Count #:


*Max. Penalty:

Count #:


*Max. Penalty:

Count #:


*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:  MICHAEL CRONEY          No.:   03-20483-CR-GOLD(s)(s)

Count #: 1     Conspiracy to import cocaine,

            in violation of 21 U.S.C. § 963


*Max. Penalty:   Life Imprisonment

Count #: 2

            Conspiracy to possess with intent to distribute cocaine,

            in violation of 21 U.S.C. § 846

*Max Penalty: Life Imprisonment

Count #:



*Max. Penalty:

Count #:



*Max. Penalty:

Count #:



*Max. Penalty:

Count #:



*Max. Penalty:

Count #:



*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:  LAMONICA PEGRAM          No.:   03-20483-CR-GOLD(s)(s)

Count #: 1     Conspiracy to import cocaine,

in violation of 21 U.S.C. § 963

*Max. Penalty:   Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute cocaine,

in violation of 21 U.S.C. § 846

*Max Penalty: Life Imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:  GWENDOLYN RICO          No.:   03-20483-CR-GOLD(s)(s)

Count #: 1     Conspiracy to import cocaine,

in violation of 21 U.S.C. § 963

*Max. Penalty:   Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute cocaine,

in violation of 21 U.S.C. § 846

*Max Penalty: Life Imprisonment

Count #: 10

Importation of cocaine,

in violation of 21 U.S.C. § 952(a)

*Max. Penalty: Life Imprisonment

Count #: 11

Possession of cocaine with intent to distribute,

in violation of 21 U.S.C. § 841(a)(1)

*Max. Penalty: Life Imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

FILED BY ___ D.C.
2003 AUG 21 PM 4:28
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:   MARIBEL RAMOS               No.:   03-20483-CR-GOLD(s)(s)

Count #: 1      Conspiracy to import cocaine,

in violation of 21 U.S.C. § 963

\*Max. Penalty:  Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute cocaine,

in violation of 21 U.S.C. § 846

\*Max Penalty: Life Imprisonment

Count #: 10

Importation of cocaine,

in violation of 21 U.S.C. § 952(a)

\*Max. Penalty: Life Imprisonment

Count #: 11

Possession of cocaine with intent to distribute,

in violation of 21 U.S.C. § 841(a)(1)

\*Max. Penalty: Life Imprisonment

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:   JOSIE WEBSTER              No.:   03-20483-CR-GOLD(s)(s)

Count #: 1     Conspiracy to import cocaine,

in violation of 21 U.S.C. § 963


*Max. Penalty:   Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute cocaine,

in violation of 21 U.S.C. § 846

*Max Penalty: Life Imprisonment

Count #: 3

Importation of cocaine,

in violation of 21 U.S.C. § 952(a)

*Max. Penalty: Life Imprisonment

Count #: 4

Possession of cocaine with intent to distribute,

in violation of 21 U.S.C. § 841(a)(1)

*Max. Penalty: Life Imprisonment

Count #:


*Max. Penalty:

Count #:


*Max. Penalty:

Count #:


*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:   KAREN BURROUGHS          No.:   03-20483-CR-GOLD(s)(s)

Count #: 1     Conspiracy to import cocaine,

in violation of 21 U.S.C. § 963

*Max. Penalty:   Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute cocaine,

in violation of 21 U.S.C. § 846

*Max Penalty: Life Imprisonment

Count #: 16

Importation of cocaine,

in violation of 21 U.S.C. § 952(a)

*Max. Penalty: Life Imprisonment

Count #: 17

Possession of cocaine with intent to distribute,

in violation of 21 U.S.C. § 841(a)(1)

*Max. Penalty: Life Imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# <u>PENALTY SHEET</u>

Defendant's Name:   JENNIE RUFFIN                     No.:   03-20483-CR-GOLD(s)(s)

Count #: 1      Conspiracy to import cocaine,

in violation of 21 U.S.C. § 963


\*Max. Penalty:   Life Imprisonment

Count #: 2
                Conspiracy to possess with intent to distribute cocaine,

in violation of 21 U.S.C. § 846

\*Max Penalty: Life Imprisonment

Count #: 12
                Importation of cocaine,

in violation of 21 U.S.C. § 952(a)

\*Max. Penalty: Life Imprisonment

Count #: 13
                Possession of cocaine with intent to distribute,

in violation of 21 U.S.C. § 841(a)(1)

\*Max. Penalty: Life Imprisonment

Count #:


\*Max. Penalty:

Count #:


\*Max. Penalty:

Count #:


\*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:   ELEASE HIGHSMITH          No.:   03-20483-CR-GOLD(s)(s)

Count #: 1     Conspiracy to import cocaine,

in violation of 21 U.S.C. § 963

*Max. Penalty:  Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute cocaine,

in violation of 21 U.S.C. § 846

*Max Penalty: Life Imprisonment

Count #: 3

Importation of cocaine,

in violation of 21 U.S.C. § 952(a)

*Max Penalty: Life Imprisonment

Count #: 4

Possession of cocaine with intent to distribute,

in violation of 21 U.S.C. § 841(a)(1)

*Max. Penalty: Life Imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# <u>PENALTY SHEET</u>

Defendant's Name:   JACQUELINE FLORES          No.:   03-20483-CR-GOLD(s)(s)

Count #: 1     Conspiracy to import cocaine,

in violation of 21 U.S.C. § 963

*Max. Penalty:  Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute cocaine,

in violation of 21 U.S.C. § 846

*Max Penalty: Life Imprisonment

Count #: 6

Importation of cocaine,

in violation of 21 U.S.C. § 952(a)

*Max. Penalty: Life Imprisonment

Count #: 7

Possession of cocaine with intent to distribute,

in violation of 21 U.S.C. § 841(a)(1)

*Max. Penalty: Life Imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:   DEANA HONEYCUTT            No.:   03-20483-CR-GOLD(s)(s)

Count #: 1    Conspiracy to import cocaine,

in violation of 21 U.S.C. § 963

*Max. Penalty:  Life Imprisonment

Count #: 2
            Conspiracy to possess with intent to distribute cocaine,

in violation of 21 U.S.C. § 846

*Max Penalty: Life Imprisonment

Count #: 8 and 10
            Importation of cocaine,

in violation of 21 U.S.C. § 952(a)

*Max. Penalty: Life Imprisonment

Count #: 9 and 11
            Possession of cocaine with intent to distribute,

in violation of 21 U.S.C. § 841(a)(1)

*Max. Penalty: Life Imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:  CLEMISHA HONEYCUTT        No.:   03-20483-CR-GOLD(s)(s)

Count #: 1    Conspiracy to import cocaine,

in violation of 21 U.S.C. § 963

*Max. Penalty:  Life Imprisonment
Count #: 2
Conspiracy to possess with intent to distribute cocaine,

in violation of 21 U.S.C. § 846

*Max Penalty: Life Imprisonment
Count #: 8 and 10
Importation of cocaine,

in violation of 21 U.S.C. § 952(a)

*Max. Penalty: Life Imprisonment
Count #: 9 and 11
Possession of cocaine with intent to distribute,

in violation of 21 U.S.C. § 841(a)(1)

*Max. Penalty: Life Imprisonment
Count #:



*Max. Penalty:
Count #:



*Max. Penalty:
Count #:



*Max. Penalty:
**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:   BARBARA WALKER          No.:   03-20483-CR-GOLD(s)(s)

Count #: 1     Conspiracy to import cocaine,

in violation of 21 U.S.C. § 963

*Max. Penalty:  Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute cocaine,

in violation of 21 U.S.C. § 846

*Max Penalty: Life Imprisonment

Count #: 5

Attempted Importation of cocaine,

in violation of 21 U.S.C. § 963

*Max. Penalty: Life Imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:   TANISHA WALKER              No.:   03-20483-CR-GOLD(s)(s)

Count #: 1     Conspiracy to import cocaine,

in violation of 21 U.S.C. § 963

*Max. Penalty:   Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute cocaine,

in violation of 21 U.S.C. § 846

*Max Penalty: Life Imprisonment

Count #: 5

Attempted Importation of cocaine,

in violation of 21 U.S.C. § 963

*Max. Penalty: Life Imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN — **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

**v.**

DEANA HONEYCUTT,
Defendant.

_____/

## WARRANT FOR ARREST

CASE NUMBER: *03-3049-Bandstra*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ——————— DEANA HONEYCUTT
Name

FILED by _____ D.C.
MAG. SEC.
AUG 11 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiring to possess cocaine with the intent to distribute

in violation of Title _____21_____ United States Code, Section(s) ____846____

| | |
|---|---|
| TED E. BANDSTRA | U.S. MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | 8/11/03 Miami, Fl. |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ___50,000 c/D___ by ___*[signature]*___
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:   DEANA HONEYCUTT

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____
PLACE OF
BIRTH: _____

DATE OF BIRTH: _____
SOCIAL SECURITY
NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS:   Bureau of Immigration and Customs Enforcement

_____

_____

## BOND RECOMMENDATION

DEFENDANT DEANA HONEYCUTT

 $50,000 Corporate Surety Bond
(Personal Surety, Recognizance, Corporate Surety, Cash)
        (Jail) (On Bond) (Warrant) (Summons) (Marshal's Custody)


DAVID A. GARDEY
ASSISTANT UNITED STATES ATTORNEY


Last Known Address

What Facility

Agent Special Agent Daniel Evans (BICE)
      (FBI) · (SECRET SERVICE)    (DEA)  (IRS)    (CUSTOMS)    (ATF)

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

v.

CLEMISHA HONEYCUTT,
Defendant.

_____/

**WARRANT FOR ARREST**

CASE NUMBER: *03-3049-Bandstra*

To: The United States Marshal
and any Authorized United States Officer

FILED by ___ D.C.
MAG. SEC.

AUG 11 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. Miami

YOU ARE HEREBY COMMANDED to arrest — CLEMISHA HONEYCUTT

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiring to possess cocaine with the intent to distribute

in violation of Title ___21___ United States Code, Section(s) ___846___

TED E. BANDSTRA
Name of Issuing Officer

_Ted BQ___
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

8|11|03  Miami, FL.
Date and Location

Bail fixed at $ ___TBD___  by ___Ted BQ___
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

SCANNED

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: CLEMISHA HONEYCUTT

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____
PLACE OF
BIRTH: _____

DATE OF BIRTH: _____
SOCIAL SECURITY
NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: Bureau of Immigration and Customs Enforcement

_____

_____

## BOND RECOMMENDATION

DEFENDANT CLEMISHA HONEYCUTT

 $50,000 Personal Surety Bond
(Personal Surety, Recognizance, Corporate Surety,Cash)
         (Jail) (On Bond) (Warrant) (Summons) (Marshal's Custody)

DAVID A. GARDEY
ASSISTANT UNITED STATES ATTORNEY

Last Known Address

What Facility

Agent Special Agent Daniel Evans (BICE)
      (FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (CUSTOMS)   (ATF)

# *United States District Court*

| SOUTHERN | DISTRICT OF | FLORIDA |
|---|---|---|

UNITED STATES OF AMERICA

V.

DEANA HONEYCUTT and
CLEMISHA HONEYCUTT

FILED by _____ D.C.
MAG. SEC.

AUG – – 2003

CLARENCE MADD[...]
CLERK U.S. DIST. CT.
S.D. OF FLA.-MIAMI

**CRIMINAL COMPLAINT**

CASE NUMBER: *03-3[...] Bandstra*

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about September 20, 2000, and continuing until on or about April 23, 2003, in Miami-Dade and Monroe Counties, in the Southern District of Florida, and elsewhere, the defendants DEANA HONEYCUTT and CLEMISHA HONEYCUTT did knowingly and intentionally combine, conspire, confederate, and agree with others to possess with intent to distribute five or more kilograms of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

I further state that I am a Special Agent of the Bureau of Immigration and Customs Enforcement and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

_____ SS/A
Signature of Complainant
DANIEL EVANS, SPECIAL AGENT
IMMIGRATION & CUSTOMS ENFORCEMENT
August 11, 2003

Sworn to before me, and subscribed in my presence,

| AUGUST 11, 2003 | at Miami, Florida |
|---|---|
| Date | City and State |

| TED E. BANDSTRA | _____ |
|---|---|
| United States Magistrate Judge | |
| Name and Title of Judicial Officer | Signature of Judicial Officer |

**SCANNED**

## AFFIDAVIT

I, Daniel E. Evans, being duly sworn, do hereby depose and state as follows:

1. I am currently employed by the Department of Homeland Security, as a Senior Special Agent with the Bureau of Immigration and Customs (BICE) in Miami, FL. I have been employed as a Special Agent for approximately six and a half years. As part of my training, I have attended the thirty-two week Criminal Investigator Training Program and the United States Customs Service Basic Enforcement Scholl at the Federal Law Enforcement Training Center in Glynco, GA. I have been assigned to the Miami, FL Seaport Narcotics Group since September 2002. Prior to my current assignment, I held the same position in San Juan, Puerto Rico for two years. I am responsible for conducting Title 21 investigations into narcotics smuggling aboard passenger cruise lines and cargo ships.

2. Investigation by the Drug Enforcement Administration ("DEA") and BICE in this matter has revealed the existence of a conspiracy to smuggle narcotics into the United States using cruise ship passengers and crew members that has existed from at least September 20, 2000 through April 23, 2003. The leaders of this conspiracy have recruited individuals to take cruises from Miami, Puerto Rico, Cape Canaveral, and Ft. Lauderdale to various locations in the Caribbean in order to pick up large quantities of cocaine for transport back to the United States. One set of individuals recruited as cruise ship passengers would pick up cocaine from co-conspirators in St. Maarten, Panama, Aruba, Curacao, or other locations. The passengers would then smuggle the cocaine back on to their cruise ship and give the cocaine to employees of the cruise ship who were part of the conspiracy. The employees would then hide the cocaine aboard the cruise ship. In a subsequent cruise, other passengers who had been recruited into the conspiracy would then collect cocaine from the cruise ship employees. The second set of passengers would then carry the cocaine off the cruise

ships in Key West. Through seizures of cocaine and information supplied by cooperating witnesses, DEA and BICE have identified at least eighteen separate cruises that were used to transport cocaine. The conspirators used the following cruise ships to transport hundreds of pounds of cocaine: the M/S Disney Magic of Disney Cruise Lines, the M/S Horizon of Celebrity Cruise Lines, the M/S Zenith of Celebrity Cruise Lines, the M/S Millenium of Celebrity Cruise Lines, the M/S Enchantment of the Seas of Royal Caribbean Cruise Lines, the M/S Nordic Empress of Royal Caribbean Cruise Lines, and the M/S Norwegian Sea of Norwegian Cruise Lines.

3. On April 28, 2002, DEANA HONEYCUTT sailed as a passenger aboard the M/S Zenith from Puerto Rico. Another passenger on the cruise ship who was also participating in the conspiracy (Cooperating Witness 1 ("CW1")) has told federal agents that during the course of the cruise, DEANA HONEYCUTT picked up over five kilograms of cocaine at a stop in St. Thomas in the United States Virgin Islands and then smuggled the cocaine aboard the cruise ship. Cruise ship records confirm that DEANA HONEYCUTT was a passenger on the April 28, 2002 cruise.

4. On August 17, 2002, DEANA HONEYCUTT and CLEMISHA HONEYCUTT, mother and daughter, sailed as passengers aboard the M/S Disney Magic. Cruise ship records confirm that the HONEYCUTTs were passengers on the cruise. A cruise ship employee (Cooperating Witness 2 ("CW2")) has told federal agents that he/she met with the HONEYCUTTs and delivered over five kilograms of cocaine to the HONEYCUTTs. The HONEYCUTTs then carried the cocaine off of the M/S Disney Magic after it docked in Key West, Florida. The HONEYCUTTs delivered the cocaine to co-conspirators waiting for them in Key West.

5. On August 3, 2003, BICE agents met with CLEMISHA HONEYCUTT at her home in Elizabeth City, North Carolina. CLEMISHA HONEYCUTT voluntarily agreed to be interviewed

2

by the agents.  She admitted to the agents that she and her mother, DEANA HONEYCUTT, had

smuggled cocaine off of the M/S Disney Magic at Key West, Florida in August 2002.  CLEMISHA

HONEYCUTT also admitted that during a July 22, 2003 cruise aboard the M/S Millenium, she and

her mother had smuggled cocaine off the cruise ship in Key West, Florida.  Finally, CLEMISHA

HONEYCUTT stated that she and her mother had smuggled cocaine on a September 2002 cruise on

board the M/S Nordic Empress from New York to Bermuda.  She indicated that her mother, DEANA

HONEYCUTT, had smuggled cocaine aboard at least two other cruises.

6. Based on the foregoing, there is probable cause to believe that DEANA HONEYCUTT

and CLEMISHA HONEYCUTT conspired with others to possess with intent to distribute five or

more kilograms of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), all in

violation of Title 21, United States Code, Section 846.

AFFIANT FURTHER SAYETH NAUGHT

DANIEL E. EVANS
Special Agent
Immigration & Customs Enforcment

Sworn and subscribed before me this ____ day of August, 2003.

TED E. BANDSTRA
UNITED STATES MAGISTRATE JUDGE

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. _13- 3044- Bandstra_

UNITED STATES OF AMERICA

vs.

DEANA HONEYCUTT and
CLEMISHA HONEYCUTT,

        Defendants.

_____/

## CRIMINAL COVER SHEET

1.    Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 1999?   ____ Yes   __X__ No

2.    Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999?   ____Yes   __X__ No

                Respectfully submitted,

                MARCOS DANIEL JIMENEZ
                UNITED STATES ATTORNEY

        BY:    _____
                DAVID A. GARDEY
                ASSISTANT UNITED STATES ATTORNEY
                A5500546
                99 N. E. 4th Street
                Miami, Florida   33132-2111
                TEL (305) 961-9207
                FAX (305) 536-7213